No. 10-10862. Kyle DeBerry, Petitioner v. Charles L. Ryan, Director, Arizona Department of Corrections, et al.

565 U.S. 853, 132 S. Ct. 182, 181 L. Ed. 2d 92, 2011 U.S. LEXIS 5998.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 415 Fed. Appx. 804.

No. 10-10863. Leviticus Burns, Petitioner v. Dennis Brown, Warden.

565 U.S. 854, 132 S. Ct. 182, 181 L. Ed. 2d 92, 2011 U.S. LEXIS 5957.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-10864. Sealed Defendant, Petitioner v. United States.

565 U.S. 854, 132 S. Ct. 182, 181 L. Ed. 2d 92, 2011 U.S. LEXIS 6438.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 416 Fed. Appx. 372.

No. 10-10865. Theodore Woodmansee, Petitioner v. Troy Steele, Warden.

565 U.S. 854, 132 S. Ct. 182, 181 L. Ed. 2d 92, 2011 U.S. LEXIS 6130.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 10-10867. Duane Yates, Petitioner v. John Baldwin, et al.

565 U.S. 854, 132 S. Ct. 182, 181 L. Ed. 2d 92, 2011 U.S. LEXIS 6565.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 633 F.3d 669.

No. 10-10868. Omar Cassimer Richards, Petitioner v. George M. Hinkle, Warden.

565 U.S. 854, 132 S. Ct. 183, 181 L. Ed. 2d 92, 2011 U.S. LEXIS 6536.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 413 Fed. Appx. 671.

No. 10-10869. Wayne Rivers, Petitioner v. United States.

565 U.S. 854, 132 S. Ct. 183, 181 L. Ed. 2d 92, 2011 U.S. LEXIS 6408.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.